## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STACEY SPRECHER**, | : | |
| | : | Case No. 20-cv-0968-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **SOUTHEASTERN HOME HEALTH** | : | |
| **SERVICES OF PA, LLC, ET AL.**, | : | |
| | : | |
| *Defendants* | : | |

### ORDER

**AND NOW**, this 8th day of July, 2020, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 10), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED** as follows:

(1)     Counts I and II, to the extent they assert claims for retaliation and *quid pro quo* sexual harassment under Title VII and the PHRA, are **DISMISSED WITHOUT PREJUDICE**; and

(2)     Roland Cleneay is **DISMISSED WITHOUT PREJUDICE** from this action.

Plaintiff may file a second amended complaint, if desired, on or before **July 22, 2020**, to the extent she may do so consistent with Federal Rule of Civil Procedure 11.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge

**Judge John Milton Younge**